NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Mark J. Geragos
Ben Meiselas
GERAGOS & GERAGOS, APC
644 South Figueroa Street
Los Angeles, California 90017
(213) 625-3900

ATTORNEY(S) FOR: Plaintiffs Gondola Adventures, Inc., et al.

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Gondola Adventues, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:20-cv-3789 |
| v. | |
| Gavin Newsom, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        Gondola Adventures, Inc., et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Gondola Adventures, Inc. | John Berardi & Laurence Friedman |
| Kings'S Pet Grooming, Inc., dba King's Mobile Pet Spa | Kevin "Carter" King Sr., Kevin King Jr. |
| Wildfire Inc., dba Wildfire Lighting | John Berardi & Laurence Friedman |
| Ybanz Gonzalez Inc., dba La Sirenita | Martha Ybnez, Alfredo Gonzalez, & Francisco Ibanez |
| Yreka Food Enterprises, LLC | Steve Craig |
| Soldemexico, Inc., dba CieltoLindo Restaurant | Jose & Teresa Hernandez |
| Hernandez Productions, Inc. | Jose & Teresa Hernandez |

April 27, 2020
Date

/s/ Mark J. Geragos
Signature

Attorney of record for (or name of party appearing in pro per):

Mark J. Geragos

CV-30 (05/13)                                              **NOTICE OF INTERESTED PARTIES**