Mark J. Geragos (SBN 108325)
GERAGOS & GERAGOS, APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
(213) 625-3900

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONDOLA ADVENTURES, INC., HERNANDEZ PRODUCTIONS, INC., et al. <br><br> Plaintiff(s), <br><br> v. <br><br> GAVIN NEWSOM, XAVIER BECERRA, SONIA Y. ANGELL, ERIC GARCETTI, BARBARA FERRER, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:20-cv-03789-CBM-MAA <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| May 18, 2020 | *Signature of Attorney/Party* |
| *Date* | |

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*